IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Roberts, Belinda Y | Case Number: 07 B 19225 |
| | Judge: Hollis, Pamela S |
| Printed: 6/17/08 | Filed: 10/17/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: May 5, 2008
Confirmed: December 10, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 1,766.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,670.64 |
| Trustee Fee: | | 95.36 |
| Other Funds: | | 0.00 |
| Totals: | 1,766.00 | 1,766.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,499.00 | 1,670.64 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 4. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 5. | GMAC Mortgage Corporation | Secured | 2,039.80 | 0.00 |
| 6. | Countrywide Home Loans Inc. | Secured | 6,500.00 | 0.00 |
| 7. | Saxon Mortgage Services Inc | Secured | 15,695.72 | 0.00 |
| 8. | 5358 S Indiana Condo Assoc | Secured | 4,700.00 | 0.00 |
| 9. | Commonwealth Edison | Unsecured | 1,063.96 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 261.21 | 0.00 |
| 11. | Capital One | Unsecured | 751.08 | 0.00 |
| 12. | AmeriCash Loans, LLC | Unsecured | 230.84 | 0.00 |
| 13. | GEMB | Unsecured | | No Claim Filed |
| 14. | CitiFinancial Mortgage | Unsecured | | No Claim Filed |
| | | | $ 34,741.61 | $ 1,670.64 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 95.36 |
| | $ 95.36 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Roberts, Belinda Y | Case Number:  07 B 19225 |
| | Judge:  Hollis, Pamela S |
| Printed:  6/17/08 | Filed:  10/17/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                Marilyn O. Marshall, Trustee, by:

